MATTHEW R. SILVER, SBN 245528
MSilver@SilverWrightLaw.com
JOHN M. FUJII, SBN 172718
JFujii@SilverWrightLaw.com
NANCY R. TRAGARZ, SBN 156246
NTragarz@SilverWrightLaw.com
SILVER & WRIGHT LLP
3 Corporate Park, Suite 100
Irvine, CA 92606
Phone: 949-385-6431
Fax: 949-385-6428

Attorneys for Defendant
City of Palmdale

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| WILLIAM ROBERT HERRERA; MONA MOLINA HERRERA, Individually and on behalf of their minor child NOELANI PILA HERRERA; WILLIAM RYAN HERRERA; PALMDALE LODGING LLC, a California Limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PALMDALE, a municipal corporation; COUNTY OF LOS ANGELES, a municipal corporation; BUD DAVIS; GEORGE SCHNEIDER; ROB BRUCE; NARDY LOPEZ; MARK DYLER; ANNE AMBROSE; NOEL JAMES DORAN; JAMES PURTEE; SARA SHREVES; CITY OF PALMDALE OFFICER RAPOSAS; CITY OF PALMDALE OFFICER BLAKELY; CITY OF PALMDALE OFFICER ANTHONY BONELLI; CITY OF PALMDALE OFFICER MARK MILLER; DEPUTY SHERIFF MUNOZ; DEPUTY SHERIFF LEON; DEPUTY SHERIFF JACOBS; DEPUTY SHERIFF DANA; DEPUTY SHERIFF MYLES; DEPUTY SHERIFF SORROW; DEPUTY SHERIFF DIAZ; | Case No.  2:16-cv-09453-MWF-FFM<br><br>**NOTICE OF MOTION FOR ABSTENTION, OR, IN THE ALTERNATIVE, MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>[Fed. Rule of Civil Procedure 12(b)(6); 12(b)1); and Abstention]<br><br>Hearing Date:  May 15, 2017<br>Time:  10:00 a.m.<br>Courtroom:  5A<br><br>[Filed concurrently with:<br>1.  Memorandum of Points and Authorities<br>2.  Request for Judicial Notice<br>3.  Appendix of Exhibits<br>4.  [Proposed] Order] |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | DEPUTY SHERIFF ARCIDIANCONO; DEPUTY SHERIFF DOLLENS; DEPUTY SHERIFF BRANDON, DEPUTY SHERIFF GALLAGHER; DEPUTY SHERIFF WALDEN; DEPUTY SHERIFF DOE 1, all such individual defendants sued in their individual and official capacity; DOES 2-10 INCLUSIVE,<br><br>                Defendants. |

SILVER & WRIGHT LLP

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION FOR ABSTENTION OR MOTION TO DISMISS PLAINTIFFS' FAC

PLEASE TAKE NOTICE THAT, on May 15, 2017 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A, the Honorable Michael W. Fitzgerald presiding, located at the First Street Courthouse, 350 West First Street, Los Angeles, California, 90012, Defendant City of Palmdale ("City") will and hereby does move this Court for an Order granting the City's Motion for Abstention, or, in the alternative, the City's Motion to Dismiss Plaintiffs' First Amended Complaint in its entirety, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) ("Motion"). This Motion is made on the following grounds:

1. All of Plaintiffs' claims should be dismissed under the doctrine of abstention in light of the pending ongoing state court proceedings pursuant to *Younger v. Harris,* 401 U.S. 37 [91 S.Ct. 746, 27 L.Ed.2d 669] (1971).

2. Plaintiffs' allegations in the First Amended Complaint are insufficient to state a claim against the City pursuant to *Monell v. New York City Department of Social Services*, 436 U.S. 658 [98 S.Ct. 2018, 56 L.Ed.2d 61] (1978).

3. The First Claim fails to state a claim upon which relief can be granted against the City.

4. The Second Claim fails to state a claim upon which relief can be granted against the City.

This Motion will be based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the records and files herein, and such evidence as may be presented at the hearing of the Motion.

///
///
///
///
///
///

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on April 7, 2017.

Dated: April 13, 2017                             SILVER & WRIGHT LLP

By: _/s/ John M. Fujii_____
MATTHEW R. SILVER
JOHN M. FUJII
NANCY R. TRAGARZ
Attorneys for Defendant
City of Palmdale