1  MATTHEW R. SILVER, SBN 245528
   MSilver@SilverWrightLaw.com
2  JOHN M. FUJII, SBN 172718
   JFujii@SilverWrightLaw.com
3  NANCY R. TRAGARZ, SBN 156246
   NTragarz@SilverWrightLaw.com
4  SILVER & WRIGHT LLP
   3 Corporate Park, Suite 100
5  Irvine, CA 92606
   Phone: 949-385-6431
6  Fax: 949-385-6428

7  Attorneys for Defendant
   City of Palmdale

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| WILLIAM ROBERT HERRERA; MONA MOLINA HERRERA, Individually and on behalf of their minor child NOELANI PILA HERRERA; WILLIAM RYAN HERRERA; PALMDALE LODGING LLC, a California Limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PALMDALE, a municipal corporation; COUNTY OF LOS ANGELES, a municipal corporation; BUD DAVIS; GEORGE SCHNEIDER; ROB BRUCE; NARDY LOPEZ; MARK DYLER; ANNE AMBROSE; NOEL JAMES DORAN; JAMES PURTEE; SARA SHREVES; CITY OF PALMDALE OFFICER RAPOSAS; CITY OF PALMDALE OFFICER BLAKELY; CITY OF PALMDALE OFFICER ANTHONY BONELLI; CITY OF PALMDALE OFFICER MARK MILLER; DEPUTY SHERIFF MUNOZ; DEPUTY SHERIFF LEON; DEPUTY SHERIFF JACOBS; DEPUTY SHERIFF DANA; DEPUTY SHERIFF MYLES; DEPUTY | Case No.  2:16-cv-09453-MWF-FFM<br><br>**CITY OF PALMDALE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR ABSTENTION, OR, IN THE ALTERNATIVE, MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date:  May 15, 2017<br>Time:          10:00 a.m.<br>Courtroom:     5A<br><br>[Filed concurrently with:<br>1.  Notice of Motion<br>2.  Memorandum of Points and Authorities<br>3.  Appendix of Exhibits<br>4.  [Proposed] Order] |

1  SHERIFF SORROW; DEPUTY SHERIFF DIAZ; DEPUTY SHERIFF
2  ARCIDIANCONO; DEPUTY SHERIFF DOLLENS; DEPUTY SHERIFF
3  BRANDON, DEPUTY SHERIFF GALLAGHER; DEPUTY SHERIFF
4  WALDEN; DEPUTY SHERIFF DOE 1, all such individual defendants sued in their
5  individual and official capacity; DOES 2-10 INCLUSIVE,
6
         Defendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SILVER & WRIGHT LLP

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR ABSTENTION OR MOTION TO DISMISS

1    Pursuant to Federal Rules of Evidence ("FRE"), Rule 201, Defendant CITY OF PALMDALE ("City") hereby requests that the Court take judicial notice of the following materials, filed herewith in support of the City's Motion for Abstention, or, in the alternative, Motion to Dismiss the First Amended Complaint ("FAC") filed by Plaintiffs WILLIAM ROBERT HERRERA; MONA MOLINA HERRERA individually and on behalf of their minor child, NOELANI PILA HERRERA; WILLIAM RYAN HERRERA; and PALMDALE LODGING LLC.

A court may consider matters judicially noticed without converting the motion to dismiss into a motion for summary judgment. (*Barron v Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994); *Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F3d 1005, 1016, n. 9 (9th Cir. 2012).)  Judicial notice may be taken of documents filed and orders or decisions entered in any federal or state court proceeding.  (See *ReadyLink Healthcare, Inc. v. State Compensation Ins. Fund* (9th Cir. 2014) 754 F.3d 754, 756, n. 1.)  Courts may take judicial notice of related lawsuits. (See *In re Korean Air Lines Co., Ltd.* (9th Cir. 2011) 642 F.3d 685, 689, n. 1.)  In addition, on a motion to dismiss, a court may consider documents referenced in the complaint but not physically attached to the pleading.  (See *Davis v. HSBC Bank*, 691 F.3d 1152, 1159-60 (9th Cir. 2012).)

When the Court is requested to take judicial notice and is supplied with sufficient information and the party gives each adverse party sufficient notice of the request, the Court must take judicial notice.  (See FRE, Rule 201).  The existence of each of the documents listed below is not subject to reasonable dispute and therefore judicial notice is warranted.

1.    Inspection Warrant, No. IWOOO66-16, signed by Judge Lisa Manguy Chung, and issued on November 17, 2016 in Los Angeles County Superior Court for the inspection of that parcel of real property located at 217 East Palmdale Boulevard, Palmdale, California 93550, Assessor's Parcel Numbers 3008-024-005 and 3008-024-034 <u>that is the subject of this lawsuit</u> ("Subject Property").  This Inspection Warrant is an order or decision entered in a state court proceeding.  (See *ReadyLink Healthcare*, *supra*,

**S**ILVER & **W**RIGHT LLP

754 F.3d at 756, n. 1.)  In addition, this Inspection Warrant was referenced in the FAC and therefore is the proper subject of judicial notice. (See *Davis*, *supra*, 691 F.3d at 1159-60; FAC, ¶¶ 19-21.)  A true and correct copy of this signed Inspection Warrant is attached hereto as **Exhibit A** and is incorporated herein by reference.

2. The December 13, 2016 Notice and Order to Repair or Abate ("N&O") identifying 427 violations and ordering that all violations be fully repaired or abated within 30 calendar days, on or before January 12, 2017, issued by the City regarding the Subject Property.  This N&O was referenced in the FAC and therefore is the proper subject of judicial notice. (See *Davis*, *supra*, 691 F.3d at 1159-60; FAC, ¶¶ 30, 32.)  A true and correct copy of this N&O detailing the hundreds of violations on the Subject Property is attached hereto as **Exhibit B** and is incorporated herein by reference.

3. The December 13, 2016 Notice to Vacate the Subject Property by December 15, 2016 issued by the City because of the extensive emergency and immediately dangerous conditions on the Subject Property.  This Notice to Vacate was referenced in the FAC and therefore is the proper subject of judicial notice. (See *Davis*, *supra*, 691 F.3d at 1159-60; FAC, ¶¶ 30-32.)  A true and correct copy of this Notice to Vacate the Subject Property is attached hereto as **Exhibit C** and is incorporated herein by reference.

4. The January 30, 2017 Complaint for Nuisance Abatement and Receivership of the Subject Property filed by the City in Los Angeles Superior Court, Case No. MC026853, against Defendants Palmdale Lodging, LLC (the company who owns and holds record title to the Subject Property), Hospitality Franchise Services, Inc. (a company that holds one or more recorded interests in the Subject Property), and William Herrera (an officer, director, member, and/or managing member of Palmdale Lodging, LLC) (the "State Court Action").  Both William Herrera and Palmdale Lodging, LLC are Plaintiffs in this federal Action.  This Complaint in the State Court Action is a related lawsuit and therefore is the proper subject of judicial notice. (See *In re Korean Air Lines*, *supra*, 642 F.3d at 689, n. 1.)  A true and correct copy of this Complaint in the State Court Action (without exhibits) is attached hereto as **Exhibit D** and is incorporated herein by

reference.

5. The Proofs of Service showing that Palmdale Lodging, LLC was served with the Summons and Complaint in the State Court Action on February 14, 2017, that Hospitality Franchise Services, Inc. was served with the Summons and Complaint in the State Court Action on February 15, 2017, and that William Herrera was served with the Summons and Complaint in the State Court Action on February 16, 2017. These Proofs of Service of the Summons and Complaint in the State Court Action concern a related lawsuit and therefore are the proper subject of judicial notice. (See *In re Korean Air Lines*, *supra*, 642 F.3d at 689, n. 1.) A true and correct copy of these Proofs of Services of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit E** and is incorporated herein by reference.

6. The Notice of Ruling in the State Court Action on City's March 23, 2017 Ex Parte Application to Appoint a Receiver. This Notice of Ruling is in a related lawsuit and therefore is the proper subject of judicial notice. (See *In re Korean Air Lines*, *supra*, 642 F.3d at 689, n. 1.) A true and correct copy of this Notice of Ruling in the State Court Action is attached hereto as **Exhibit F** and is incorporated herein by reference.

7. The March 14, 2017 Opposition of William Herrera and Palmdale Lodging, LLC to the City's Ex Parte Application in the State Court Action. This Opposition is in a related lawsuit and therefore is the proper subject of judicial notice. (See *In re Korean Air Lines*, *supra*, 642 F.3d at 689, n. 1.) A true and correct copy of this Opposition (without exhibits) in the State Court Action is attached hereto as **Exhibit G** and is incorporated herein by reference.

Dated: April 13, 2017

SILVER & WRIGHT LLP

By:  */s/ John M. Fujii*
MATTHEW R. SILVER
JOHN M. FUJII
NANCY R. TRAGARZ
Attorneys for Defendant
City of Palmdale